|   |   |
|---|---|
| | HONORABLE RICHARD A. JONES |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD STROMAN and ANNETTE STROMAN, wife and husband, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C18-1297 RAJ<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Motion to Seal. Dkt. # 39. Defendant State Farm Fire and Casualty Company ("State Farm") opposes, and Plaintiffs have filed a Reply. Dkt. ## 42, 43. For the reasons that follow, the Court **GRANTS** Plaintiffs' Motion to Seal.

"There is a strong presumption of public access to the court's files." Western District of Washington Local Civil Rule ("LCR") 5(g). A "good cause" showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (internal citations omitted).

The Court finds that Plaintiffs have made the requisite showing to support the sealing of these documents. Plaintiffs seek to maintain under seal certain documents related to their settlement with previous Defendant JC Services. Dkt. # 39. State Farm opposes, but Plaintiffs have shown that they have designated the majority of these documents "CONFIDENTIAL" and that the documents all relate to settlement communications. Plaintiffs have an important interest in not unnecessarily publicizing the terms of their settlement with JC Services through a public court filing and this interest is not outweighed by the public interest in knowing this information. Plaintiffs have also apparently sought to minimize the amount of information kept under seal, seeking to file only select documents under seal, and filing public versions of the remaining documents and Joint Status Report.

The Court accordingly **GRANTS** Plaintiffs' Motion to Seal. Dkt. # 39. Exhibits A, C, 1, 3-5, 7, 8, 10, 11, 14, 15 and 22 to the Joint Status Report (Dkt. # 40) shall remain under seal.

Dated this 24th day of June, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 3